IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT W. MAUTHE, M.D., P.C., :
a Pennsylvania corporation, individually :
and as the representative of a class of :
similarly-situated persons, :
:
      Plaintiff, :   CIVIL ACTION NO. 18-1901
:
 v. :
:
MCMC LLC, :
:
      Defendant. :

## ORDER

**AND NOW**, this 13th day of May, 2019, after considering the motion for summary judgment filed by the defendant (Doc. No. 34), the response in opposition to the motion filed by the plaintiff (Doc. No. 44), the defendant's reply to the response in opposition (Doc. No. 46), and the record presented to the court by the parties; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

 1. The motion for summary judgment (Doc. No. 34) is **DENIED**; and

 2. The court will hold a telephone conference to discuss implementing amended scheduling deadlines in this case on **Friday**, **May 17, 2019**, at **10:00 a.m.** Counsel for the plaintiff shall initiate the call by contacting the undersigned's civil deputy clerk at (610) 333-1833 once all parties are present on the call.

              BY THE COURT:


              /s/ *Edward G. Smith*
              EDWARD G. SMITH, J.