IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 18 ... : 18-1901

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT 1 LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __David M. Oppenheim__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this cc pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admis fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| see attached | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| see attached | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorne this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*    Robert W. Mauthe

s/ David M. Oppenheim
(Applicant's Signature)

10/28/2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Bock, Hatch, Lewis & Oppenheim, LLC

134 N. LaSalle St., Suite 1000, Chicago, IL 60602

(P): 312-658-5500 | (F): 312-658-5555

Sworn and subscribed before me this

28 Day of October, 2019

Notary Public

PATRICE BROMBY
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 6, 2022

10/04

**David M. Oppenheim- List of Bar Memberships**

| Court | Admission Date |
|---|---|
| United States Supreme Court (Bar No. 277470) | Nov. 1, 2010 |
| United States Court of Appeals for the District of Columbia Circuit | Jun. 16, 2010 |
| United States Court of Appeals for the Tenth Judicial Circuit | Mar. 24, 2014 |
| United States Court of Appeals for the Ninth Judicial Circuit | Feb. 14, 2011 |
| United States Court of Appeals for the Eighth Judicial Circuit | Jan. 17, 2008 |
| United States Court of Appeals for the Seventh Judicial Circuit | May 6, 2005 |
| United States Court of Appeals for the Sixth Judicial Circuit | Jul. 30, 2013 |
| United States Court of Appeals for the Fourth Judicial Circuit | Jan. 9, 2012 |
| United States Court of Appeals for the Third Judicial Circuit | Jan. 10, 2013 |
| United States Court of Appeals for the Second Judicial Circuit | Oct. 15, 2014 |
| United States Court of Appeals for the First Judicial Circuit (Bar # 1157217) | Feb. 8, 2013 |
| United States District Court for the Southern District of Illinois | Jul. 19, 2016 |
| United States District Court for the Northern District of Illinois | Dec. 19, 2002 |
| United States District Court for the Eastern District of Wisconsin | Aug. 20, 2012 |
| United States District Court for the Western District of Wisconsin | Sept. 7, 2011 |
| United States District Court for the Eastern District of Michigan | Jun. 7, 2012 |
| United States District Court for the Western District of Michigan | Feb. 4, 2012 |
| United States District Court for the Northern District of Ohio | Feb. 27, 2014 |
| United States District Court for the Eastern District of Missouri (Bar #6278171IL) | Jan. 28, 2016 |
| State of Illinois (Bar #6278171) | Nov. 7, 2002 |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __David M. Oppenheim__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Richard Shenkan | _(signature)_ | 06/04/1997 | 79800 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Shenkan Injury Lawyers, LLC

P.O Box 7255, New Castle, PA 16107

(P): 248-562-1320

Sworn and subscribed before me this

28 Day of October, 2019

_(Notary signature)_
Notary Public

David Billy Jr.
Notary Public - Michigan
Oakland County
My Commission Expires Oct 10, 2024
Acting in the County of Oakland

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Robert W. Mauthe, M.D., P.C., Pennsylvania corporation, : CIVIL ACTION
and as the representative of a class of similarly situated persons :
                      v. :
MCMC LLC, : NO. 18-1901

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of David M. Oppenheim

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

notification through the courts CM / ECF system.

_____
David Billy Jr.
Notary Public - Michigan
Oakland County
My Commission Expires Oct 10, 2024
Acting In the County of Oakland

_____
Signature of Attorney

Richard Shenkan
Name of Attorney

Robert W. Mauthe, M.D., P.C.
Name of Moving Party

10/28/19
Date

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

David Max Oppenheim

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/2002 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 11th day of February, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

APPENDIX X

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert W. Mauthe, M.D., P.C., a Pennsylvania corporation, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.  MCMC, LLC<br><br>Defendant. | Civil Action No. 18-1901<br><br><br>CLASS ACTION |

# ORDER

AND NOW on this day of ___ of _____, 2019, it is hereby ORDERED that the application of __David M. Oppenheim_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.

NOV 4 2019

_____ J.