IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT W. MAUTHE, M.D., P.C., a                    :
Pennsylvania corporation, individually and         :
as the representative of a class of similarly      :
situated persons,                                  :
                                                   :
                              Plaintiff,           :        CIVIL ACTION NO. 18-1901
                                                   :
        v.                                         :
                                                   :
MCMC LLC,                                          :
                                                   :
                              Defendant.           :

## ORDER

**AND NOW**, this 22nd day of December, 2021, having reviewed the plaintiff's unopposed motion to file exhibits in support of class certification under seal (Doc. No. 99), it is hereby **ORDERED** as follows:

1.      The plaintiff's unopposed motion to file exhibits in support of class certification under seal (Doc. No. 99) is **GRANTED**;

2.      The documents designated as exhibits C, H, I, J, and K to plaintiff's memorandum in support of plaintiff's second amended motion for class certification shall remain sealed until further order of this court; and

3.      This court retains the right to allow disclosure of any subject covered by this order or to modify this order at any time in the interests of justice.

                                        BY THE COURT:


                                        /s/ *Edward Smith*_____
                                        EDWARD G. SMITH, J.